UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

CASTLEMORTON WIRELESS, LLC

vs.

CHARTER COMMUNICATIONS, INC., et al.

Case No.:   6:20-CV-24-ADA

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Holly Hawkins Saporito, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Defendants in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Alston & Bird LLP with offices at:

    Mailing address: 1201 West Peachtree St. NW

    City, State, Zip Code: Atlanta, GA 30309

    Telephone: 404-881-7000        Facsimile: 404-881-7777

2. Since 2005, Applicant has been and presently is a member of and in good standing with the Bar of the State of Georgia. Applicant's bar license number is 142496.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    |---|---|
    | Northern District of Georgia | Jan. 2006 |
    | 11th Circuit Court of Appeals | Jan. 2008 |
    | Court of Appeals, Federal Circuit | March, 2007 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Deron R. Dacus

Mailing address: The Dacus Firm, P.C., 821 ESE Loop 323, Suite 430

City, State, Zip Code: Tyler, TX 75701

Telephone: 903-705-1117

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District t].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Hawkins Saporito to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Holly Hawkins Saporito
[printed name of Applicant]

*[signature]*
[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of d and the original upon the Clerk of Court on this the 2nd day of April, 2020.

Holly Hawkins Saporito
[printed name of Applicant]